

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-20-00116-CR**

**IN RE JIMMY W. TANKSLEY**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

On March 26, 2020, the Court received a document from Jimmy W. Tanksley. Tanksley is an inmate. The document is labeled as a petition for a writ of mandamus. Tanksley seeks a writ from this Court to compel the production of documents from "the Texas Dept. of Criminal Justice and TDCJ Parole Division" related to a "warrant/Detainer #12-22-2017-03217712."

From the content of the petition, although we are unable to determine what the warrant/detainer referred to is or what documents Tanksley wants produced to him, it is clear that we do not have jurisdiction of this proceeding.

This Court is a court of limited jurisdiction and can issue writs of mandamus against entities, other than certain judges, only to preserve our jurisdiction. TEX. GOV'T

CODE ANN. § 22.221(a).  That is not the nature of the writ sought by Tanksley.

Accordingly, because we have no jurisdiction of this proceeding, it is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Pet. dismissed
Opinion delivered and filed April 8, 2020
Do not publish
[OT06]

